# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAVERLY, | Case No. CV 20-04935 DMG (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: June 14, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE